UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-40024-FDS |
| | ) | |
| JAMES FORD | ) | |

ASSENTED TO MOTION TO CONTINUE PLEA HEARING

The defendant in this matter respectfully requests, through counsel, that the Rule 11 hearing currently scheduled for May 12, 2010 be continued to any of the following dates in the afternoon if possible: June 18, 21, 23, 28, 29 of 2010.  As reason therefore, defense counsel states that he has a scheduling conflict and is set to appear before J. Zobel for a plea hearing in the case of *United States v. Broshawn Coakley*, No 10-10022-RWZ .  Further, defense counsel requires the additional time to review certain matters with Mr. Ford that were discussed at the last status conference with Magistrate Judge Hillman.

Defense counsel has notified Assistant United States Attorney David Hennessy of this request and he assents to a continuance.  The defendant agrees to the exclusion of time for speedy trial purposes from May 12, 2010 through the next date set by this Court for a plea hearing.

JAMES FORD
By his attorney,


 /s/ Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061


CERTIFICATE OF SERVICE

    I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, David Hennessy, as identified on the Notice of Electronic Filing (NEF) on May 10, 2010.


 /s/ Oscar Cruz, Jr.
Oscar Cruz, Jr.