# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Criminal No. |
| v. ) | 09-40024-FDS |
| JAMES FORD, ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On May 12, 2010, a change of plea hearing was scheduled to take place in this matter. Counsel for defendant James Ford moved to continue the hearing that was scheduled. A Fed. R. Crim. P. 11 conference has been scheduled for June 21, 2010.

The Court finds that because defense counsel requested additional time, because the parties assented to the exclusion of time, and to facilitate plea negotiations, "the ends of justice served by [granting his request] outweigh the interest of the public and the defendant in a speedy trial." 18 U.S.C. §§ 3161(h)(7)(A). Therefore, the period of time from May 12, 2010, through June 21, 2010, shall be excludable under the Speedy Trial Act. *Id.*

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 11, 2010