UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-40024-FDS |
| | ) | |
| JAMES FORD | ) | |

ASSENTED TO MOTION TO CONTINUE PLEA HEARING

The defendant in this matter respectfully requests, through counsel, that the Rule 11 hearing currently scheduled for June 21, 2010 be continued to July 27, 2010.  As reason therefore, defense counsel states that he is engaged in continuing discussions with Assistant United States Attorney David Hennessy regarding disposition of this matter and whether the parties can come to some agreement in that regard.

This continuance is requested in order to allow time to complete these discussions.  The defendant agrees to the exclusion of time for speedy trial purposes from June 21, 2010 through the next date set by this Court for a plea hearing.

JAMES FORD
By his attorney,

 /s/ Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
51 Sleeper Street, 5th  Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, David Hennessy, as identified on the Notice of Electronic Filing (NEF) on June 17, 2010.

                                             /s/ Oscar Cruz, Jr.
                                             Oscar Cruz, Jr.