UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. |
| v. ) | 09-40024-FDS |
| ) | |
| JAMES FORD, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A change of plea hearing was scheduled to take place in this matter on June 21, 2010. Counsel for defendant James Ford moved to continue the hearing in order to facilitate plea negotiations. Defense counsel agreed to the exclusion of time.

The Court finds that because defense counsel requested additional time to facilitate plea negotiations, and because the parties assented to the exclusion of time, "the ends of justice served by [granting this request] outweigh the interest of the public and the defendant in a speedy trial." 18 U.S.C. §§ 3161(h)(7)(A). Therefore, the period of time from June 21, 2010, through July 27, 2010, shall be excludable under the Speedy Trial Act. *Id.*

**So Ordered.**

          /s/ F. Dennis Saylor
          F. Dennis Saylor IV
          United States District Judge

Dated: June 18, 2010