UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 09-40024-FDS |
| v. | ) | |
| | ) | |
| JAMES FORD, | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Information Pursuant
To 21 U.S.C. § 851**

The United States of America, by Carmen M. Ortiz, United

States Attorney for the District of Massachusetts, and David

Hennessy, Assistant U.S. Attorney, hereby files this Information

pursuant to 21 U.S.C. § 851.  In support hereof, the government

states that Defendant, James Ford, has the following prior

conviction:

    Possession to Distribute Class D (marijuana), in violation

    of the laws of the Commonwealth of Massachusetts, in

    Worcester District Court, Docket Number 0162CR002560, for

    which Defendant, under the name John Blackmon, was sentenced

    in 2001 to 60 days in the House of Corrections.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                            By:  /s/ David Hennessy
                                 David Hennessy
                                 Assistant U.S. Attorney

Dated:    June 23, 2010

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing document electronically on Oscar Cruz, Esq., counsel to James Ford.


<u>/s/ David Hennessy</u>
David Hennessy
Assistant U.S. Attorney

DATED: June 23, 2010